| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:18CR00200-06 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | 2:25cr19 (MCA) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Brian Kelley | SDWV | Charleston |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Joseph R. Goodwin | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/2/2022 | TO 3/1/2026 |

OFFENSE

21 U.S.C. § 846 Conspiracy to Distribute Controlled Substance

21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Cocaine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial ties

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   Southern   DISTRICT OF   West Virginia

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of New Jersey   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/2/25
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   New Jersey

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/8/25
*Effective Date*

*United States District Judge*

1